698

*F. Kemp* for petitioner.

No. 720.   PARRISH *v.* STRATTON CRIPPLE CREEK MINING & DEVELOPMENT Co.   March 10, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *E. F. Parrish, pro se.   Mr. David P. Strickler* for respondent.

No. 701.   SMITH *v.* HENDERSON, WARDEN.   March 10, 1941.   Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Leon A. Ransom* for petitioner.   *Mr. J. Walter LeCraw* for respondent.

No. 751.   INDIANA UNEMPLOYMENT COMPENSATION BOARD *v.* BENNER-CORYELL LUMBER CO., INC.   March 10, 1941.   Petition for writ of certiorari to the Supreme Court of Indiana denied for the want of a final judgment.   *Messrs. Joseph P. McNamara* and *Thomas M. Quinn, Jr.* for petitioner.   *Mr. John R. Browne* for respondent.   Briefs were filed on behalf of unemployment compensation agencies of several States, as *amici curiae,* in support of the petition.

No. 779.   CITY OF JACKSON ET AL. *v.* MISSISSIPPI POWER & LIGHT Co.   March 10, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application.   *Messrs. J. Morgan Stevens* and *W. E. Morse* for petitioners.

*Messrs. Marcellus Green* and *Garner W. Green* for respondent.

---

No. 681. SHIP CONSTRUCTION & TRADING Co., INC. *v.* UNITED STATES. March 10, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Asbury Hayne de Yampert* and *Herbert M. Bingham* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Thomas E. Harris* for the United States.

---

No. 722. ADAMS, TRUSTEE, *v.* CITY BANK & TRUST Co. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. Baldwin Martin* for petitioner. *Mr. A. O. B. Sparks* for respondent.

---

No. 724. TROY-PARISIAN, INC. *v.* UNITED STATES EX REL. ADMINISTRATOR OF THE FEDERAL HOUSING ADMINISTRATION. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. O. A. Johannesen* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for respondent.

---

No. 726. ANHEUSER-BUSCH, INC., ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel N. Kirby, Allen C. Orrick,* and *Harry W. Kroeger* for petitioners. *Solicitor General Biddle* and *Messrs. Sewall Key, Richard H. Demuth,* and *Morton K. Rothschild* for respondent.